UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Ted and Kim Particka,  Case No. 06-46162
 Chapter 13
 Debtors. Hon. Phillip J. Shefferly
_____/

**ORDER SUSTAINING CREDITOR'S OBJECTION TO
CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

For the reasons set forth in the Opinion Sustaining Creditor's Objection to Confirmation of Debtors' Chapter 13 plan issued this date,

IT IS HEREBY ORDERED that DaimlerChrysler Financial Services Americas, LLC's objection to the confirmation of the Debtors' Chapter 13 plan is sustained.

**Signed on November 17, 2006**

                    **/s/ Phillip J. Shefferly**
                    **Phillip J. Shefferly**
                    **United States Bankruptcy Judge**